UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR MANUEL GONZALEZ-LAMAS,<br><br>　　　　　Defendant. | No. 1:12-cr-00196-DAD-BAM-1<br><br>ORDER DIRECTING U.S. ATTORNEY'S OFFICE TO RESPOND TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY<br><br>(Doc. No. 14) |

　　　　On December 17, 2012, defendant Victor Manuel Gonzalez-Lamas pled guilty to being a deported alien found in the United States in violation of 8 U.S.C. § 1326(a). (Doc. Nos. 9-11.) On the same day, defendant was sentenced to 30 months in custody and ordered to pay a $100 penalty assessment. (Doc. Nos. 10-11.) On April 3, 2014, defendant filed a motion for return of property seeking the return of $200 that was allegedly seized from him when he was arrested by the U.S. Marshal Service on December 17, 2012. (Doc. No. 14.)

　　　　On December 4, 2015, the case was reassigned to the undersigned district judge. (Doc. No. 24.) Defendant's motion for return of property remains pending and no response to it has been filed by the government. Accordingly, the court now directs the U.S Attorney's Office to file a response to defendant's motion for return of property.

/////

Based upon the forgoing:

1) The U.S. Attorney's Office, Eastern District of California, is directed to file a response to defendant's motion for return of property (Doc. No. 14) by February 11, 2016; and

2) The Clerk of the Court is directed to serve this order on the U.S. Attorney's Office at:

> Megan Anne Schultz Richards
> U.S. Attorney's Office Eastern, District of California
> 2500 Tulare Street, Suite 4401
> Fresno, CA 93721
> Email: megan.richards@usdoj.gov

IT IS SO ORDERED.

Dated: **January 12, 2016**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE